**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : NO. 465 |
| | : |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE MINOR JUDICIARY EDUCATION BOARD | : MAGISTERIAL RULES DOCKET |
| | : |
| | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 11th day of April, 2022, Magisterial District Judge Richard G. King is hereby designated as Chair, and Magisterial District Judge Douglas McCall Bell is designated as Vice-Chair, of the Minor Judiciary Education Board, commencing July 1, 2022.